McGREGOR W. SCOTT
United States Attorney
KEVIN C. KHASIGIAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone:  (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  1:20-MC-00111-AWI |
| Plaintiff, | STIPULATION AND ORDER EXTENDING TIME FOR FILING A COMPLAINT FOR FORFEITURE AND/OR TO OBTAIN AN INDICTMENT ALLEGING FORFEITURE |
| v. | |
| APPROXIMATELY $32,340.00 IN U.S. CURRENCY, | |
| Defendant. | |

It is hereby stipulated by and between the United States of America and potential claimant Sandra Castillo ("claimant"), by and through their respective counsel, as follows:

1.      On or about July 27, 2020, claimant filed a claim in the administrative forfeiture proceeding with the U.S. Postal Inspection Service with respect to Approximately $32,340.00 in U.S. Currency (hereafter "defendant currency"), which was seized on May 28, 2020.

2.      The U.S. Postal Inspection Service has sent the written notice of intent to forfeit required by 18 U.S.C. § 983(a)(1)(A) to all known interested parties.  The time has expired for any person to file a claim to the defendant currency under 18 U.S.C. § 983(a)(2)(A)-(E), and no person other than claimant has filed a claim to the defendant currency as required by law in the administrative forfeiture proceeding.

3.      Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant

currency is subject to forfeiture within ninety days after a claim has been filed in the administrative forfeiture proceeding, unless the court extends the deadline for good cause shown or by agreement of the parties.  That deadline was October 25, 2020.

4.      By Stipulation and Order filed October 27, 2020, the parties stipulated to extend to December 24, 2020, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

5.      By Stipulation and Order filed December 22, 2020, the parties stipulated to extend to February 22, 2021, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

6.      As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to extend to April 23, 2021, the time in which the United States is required to file a civil complaint forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

///
///
///
///
///
///
///
///
///
///
///
///
///

Stipulation and Order to Extend Time

1    7.    Accordingly, the parties agree that the deadline by which the United States shall be

2 required to file a complaint for forfeiture against the defendant currency and/or to obtain an indictment

3 alleging that the defendant currency is subject to forfeiture shall be extended to April 23, 2021.

4  Dated:  February 19, 2021                      McGREGOR W. SCOTT
                                                 United States Attorney
5

6                                          By:   /s/ Kevin C. Khasigian
                                                 KEVIN C. KHASIGIAN
7                                                Assistant U.S. Attorney

8

9  Dated:  February 19, 2021            By:   /s/ Yan E. Shrayberman
                                              YAN E. SHRAYBERMAN
10                                            Attorney for Potential Claimant
                                              Sandra Castillo
11                                            (Signature authorized by email)

12

13  IT IS SO ORDERED.

14  Dated:   February 19, 2021        _____
                                         SENIOR  DISTRICT  JUDGE
15

16

17

18

19

20

21

22

23

24

25

26

27

28

Stipulation and Order to Extend Time